

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Plaintiff(s),
Patrick Collins, Inc.

v.

Defendant(s).
John Does 1-30

Civil No. 2:11-cv-15236-PDB-PJK

Judicial Officer: Paul Borman

FILED
MAR 16 2012
CLERK'S OFFICE
DETROIT

## Answer to Complaint

To whom it may concern, I am filing this motion to quash or vacate this subpoena. I've realized that I have made a mistake in this matter and I'm asking the courts to vacate this issue.

Thank you

_____
Signature of Filer

2574 Portobello Dr.
Street Address

Troy, MI 48083
City, State, Zip Code

3-16-12
Date

248-719-5227
Telephone Number